UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CASE NO.: 14-1135

BRYANT MOORE,

       Appellant,

v.

LIGHTSTORM ENTERTAINMENT,
INC., ET AL.,

       Appellees.
_____/

**MOTION TO EXTEND BRIEFING SCHEDULE**
**(Opposed)**

# CERTIFICATE OF
# CORPORATE DISCLOSURE STATEMENT

Pursuant to 4th Circuit Rule. 26.1(a)(1)(A), the Appellant hereby certifies there are no corporations held and there are no corporations with any direct financial outcome in the present litigation.

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CASE NO.: 14-1135

BRYANT MOORE,
    Appellant,

v.

LIGHTSTORM ENTERTAINMENT,
INC., ET AL.,
    Appellants.
_____/

## MOTION TO EXTEND BRIEFING SCHEDULE
**(Opposed)**

Appellant Bryant Moore requests an additional 20 day extension of the Briefing Order filed on April 9, 2014. The Court previously granted a Joint Motion to Extend the Briefing Schedule. Appellant's Opening Brief and Appendix is currently due May 19, 2014.

While the procedural history of this copyright case is straight forward, the volume and intricacy of the documents filed in the district court are anything but simple. The record below contains extensive confidentiality agreements and nondisclosure agreements relating to the creation and production of the film, *Avatar*. Multiple documents were filed under seal. The record also contains numerous CDs and DVDs to be duplicated and transmitted to the Court. Appellant is seeking this brief extension to properly complete the Appendix to the Opening Brief and the

3

corresponding citations to both the electronic record and complete sealed, hard-copy to be delivered to the Court.

Appellate counsel retained the services of, and have been working with, printing specialists to assist in preparation of the Appendix and files this motion in good faith and in the spirit of adhering to the agreements and interests of both parties.

Undersigned counsel has consulted with counsel for the Appellee who objects to the requested extension.

Appellant respectfully requests the Court extend the time for filing the Opening Brief and Appendix until June 9, 2014.

                        Respectfully submitted,

                        /s/ Bruce S. Rogow
                        BRUCE S. ROGOW
                        Fla. Bar No. 067999
                        TARA A. CAMPION
                        Fla. Bar No. 0090944
                        **BRUCE S. ROGOW, P.A.**
                        500 E Broward Blvd., Suite 1930
                        Fort Lauderdale, Florida 33394
                        Ph:   (954) 767-8909
                        Fax:  (954) 764-1530
                        brogow@rogowlaw.com
                        tcampion@rogowlaw.com
                        *Counsel for Bryant Moore*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2014, a true and correct copy of the foregoing Motion was served via email upon the following:

## SERVICE LIST
*Bryant Moore v. Lightstorm Entertainment, Inc., et al.*
Case No. 14-1135
4th Circuit Court of Appeals

MATT WILLIAMS
**MITCHELL SILBERBERG & KNUPP LLP**
1818 N Street NW
8th Floor
Washington, DC 20036
Ph: 202-355-7904
Fax: 202-355-7894
mxw@msk.com